United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB NOEL ENCALADE,<br>Plaintiff,<br>v.<br>SAN FRANCISCO COUNTY JAIL, et al.,<br>Defendants. | Case No. 25-cv-10192-HSG<br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On June 2, 2026, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file an amended complaint that addressed the identified deficiencies. Dkt. No. 16. The deadline has passed, and Plaintiff has not filed an amended complaint or otherwise communicated with the Court. Accordingly, the Court DISMISSES this action for failure to state a claim. The dismissal is without prejudice to filing a motion to reopen, accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's June 2, 2026 Order, and explaining why Plaintiff failed to timely file an amended complaint. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 7/27/2026

Haywood S. Gill Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge