United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JACOB NOEL ENCALADE,

Plaintiff,

v.

SAN FRANCISCO COUNTY JAIL, et al.,

Defendants.

Case No. 25-cv-10192-HSG

**JUDGMENT**

The Court has DISMISSED this action without prejudice. Judgment is entered in favor of Defendants and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 7/27/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge